## A10A0177. LEE v. THE STATE.
(717 SE2d 310)

MIKELL, Judge.

In *Lee v. State*, 289 Ga. 95 (709 SE2d 762) (2011), the Supreme Court affirmed in part and reversed in part this Court's opinion in *Lee v. State*, 304 Ga. App. 681 (697 SE2d 221) (2010). We therefore vacate Division 2 of our earlier opinion with regard to Lee's conviction for keeping a house of prostitution, adopt the judgment of the Supreme Court as our own, vacate the trial court's judgment, and remand the case for proceedings not inconsistent herewith.

*Judgment affirmed in part and reversed in part, and case remanded. Smith, P. J., and Adams, J., concur.*

DECIDED SEPTEMBER 29, 2011.

*Stephen T. Maples*, for appellant.

*Robert Stokely, Solicitor-General, Natalie Ashman, Amy B. Godfrey, Stephen J. Tuggle, Sandra N. Wisenbaker, Assistant Solicitors-General*, for appellee.